IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARLOS ANTONIO SOLIS NOLASCO, | * |
| | * |
| Petitioner, | |
| | *   Civil Action No. GLR-25-3847 |
| v. | |
| | * |
| KRISTI NOEM, et al., | |
| | * |
| Respondents. | |
| | * |
| | *** |

## **ORDER**

Upon consideration of Petitioner Carlos Antonio Solis Nolasco's Petition for Writ of Habeas Corpus filed on November 24, 2025 (ECF No. 1), the Court orders the parties to consult with one another and file a joint briefing schedule regarding the Petition by December 1, 2025. All remaining conditions related to removal of Petitioner will remain in place pending the expedited briefing and disposition of this matter.

So ordered this 25th day of November, 2025.

                                                            _____/s/_____
                                                            George L. Russell, III
                                                            Chief United States District Judge