IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CARLOS ANTONIO SOLIS NOLASCO, | * |
| Petitioner, | * |
| v. | * Civil Action No. GLR-25-3847 |
| KRISTI NOEM, et al., | * |
| Respondents. | * |

\*\*\*

# ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 5th day of January, 2026 by the United States District Court for the District of Maryland hereby:

ORDERED that Petitioner Carlos Antonio Solis Nolasco's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that Count I is DENIED;

IT IS FURTHER ORDERED that Count II is GRANTED;

IT IS FURTHER ORDERED that Count III is DENIED without prejudice to seeking the same or similar relief through the D.V.D. litigation;

IT IS FURTHER ORDERED that Respondents' Motion to Dismiss (ECF No. 8) is DENIED as MOOT;

IT IS FURTHER ORDERED that Respondents RELEASE Petitioner to the Baltimore ICE Facility, located at 31 Hopkins Plaza, 6th Floor, Baltimore, Maryland 21202, on or before 5:00 P.M. on Friday, January 9, 2026, under the same terms as his previous Order of Supervision;

IT IS FURTHER ORDERED that any modifications to Petitioner's Order of Supervision shall be made under the appropriate administrative regulations, including but not limited to 8 C.F.R. § 241.13(h)(1);

IT IS FURTHER ORDERED that the parties FILE a Joint Status Report by February 6, 2026, updating the Court on the Government's compliance with this Order;

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this matter to enforce compliance with this Order; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to all counsel of record.

/s/
George L. Russell, III
Chief United States District Judge