# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

Solis Nolasco,

    Petitioner,

v.

Kristi Noem, *et al.*,

    Respondents.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

The Court is in receipt of the parties' Joint Status Report ("JSR") (ECF No. 12). In light of the JSR, the Court hereby **ORDERS** that the Clerk shall **CLOSE** this case and **PROVIDE** a copy of this Order to all counsel of record. So ordered this 14th day of January, 2026.

_____
/s/
George L. Russell, III
Chief United States District Judge

Case No.: 1:25-cv-03847-GLR

## JOINT STATUS REPORT

Pursuant to the Court's January 5, 2026, order, the parties hereby notify the Court that Petitioner was released on January 9, 2026.

Based on the foregoing, Petitioner and Respondents are in agreement that the instant matter be dismissed without prejudice.

Respectfully submitted,

 

Kelly O. Hayes
United States Attorney

  /s/ Simon Y. Sandoval-Moshenberg
Simon Y. Sandoval-Moshenberg, Esq.
D. Md. Bar No. 30965
Murray Osorio PLLC
4103 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
Telephone: 703-352-2399
Facsimile: 703-763-2304
ssandoval@murrayosorio.com

  /s/  Beatrice C. Thomas
Beatrice C. Thomas (Bar No. 21969)
Assistant United States Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, Suite 400
Baltimore, Maryland 21201
Telephone: (410) 209-4800
beatrice.thomas@usdoj.gov

*Counsel for Petitioner*

*Counsel for Respondents*